STATE OF NORTH CAROLINA v. ORA ALEXANDER MOTLEY

No. 7127SC56

(Filed 28 April 1971)

**Criminal Law § 155.5— failure to docket record in apt time**

Appeal is subject to dismissal for failure of defendant to docket the record on appeal within the time permitted under Court of Appeals rules.

APPEAL by defendant from *Falls, Superior Court Judge,* 29 July 1970 Session of Superior Court held in GASTON County.

Defendant was tried on a bill of indictment, proper in form, charging her with the felonies of forgery and uttering a forged instrument.

The jury returned a verdict of guilty of the felony of forgery and also guilty of the felony of uttering a forged instrument. From judgments of imprisonment on each count, the defendant appealed to the Court of Appeals.

*Attorney General Morgan and Staff Attorney Sauls for the State.*

*J. Ralph Phillips for defendant appellant.*

MALLARD, Chief Judge.

The record on appeal was not docketed in the Court of Appeals within the time allowed by the rules and no extension of time was granted. For failure to docket the record on appeal within the time permitted under the rules, the case is subject to dismissal.

However, we have carefully considered each of the defendant's assignments of error and find no prejudicial error in the trial.

No error.

Judges PARKER and VAUGHN concur.